

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Amy Elizabeth Collins and Charles Vernon Collins and In the Interest of H.C. and C.C., Children

No. 06-18-00036-CV

Appeal from the 433rd District Court of Comal County, Texas (Tr. Ct. No. C2015-1800D). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Amy Elizabeth Collins, pay all costs of this appeal.

RENDERED JULY 31, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk